

101 Park Avenue, 17th Floor
New York, NY  10178
Tel 212.878.7900  Fax 212.692.0940
WWW.FOXROTHSCHILD.COM

TIMOTHY A. GUMAER
Direct No: 646.601.7652
Email: TGumaer@FoxRothschild.com

By **February 23, 2024**, Plaintiff shall file a letter regarding his efforts to obtain counsel.  The fact discovery deadline is extended to **April 15, 2024**.  An amended case management plan will issue separately.  No further extensions will be granted absent compelling circumstances.  So Ordered.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: January 11, 2024
  New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

January 9, 2024

VIA ECF
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **Harold Toussaint v. JF Restaurants, et al.
        Case No. 22-cv-10739 (LGS)**

Dear Judge Schofield:

   We represent Defendants JJFR Mgmt LLC, John Fraser, and Amy Racine (collectively, "Defendants") in the above-referenced matter.  Defendants and *pro se* Plaintiff Harold Toussaint ("Plaintiff") jointly submit this letter to request that all current discovery deadlines be adjourned *sine die* to enable Plaintiff to find private counsel to represent him in this matter.

   The deadline to complete depositions in this Action is presently set for January 31, 2024, and the deadline to complete fact discovery is presently scheduled for February 29, 2024.  *See* Dkt. No. 52.

   On January 2, 2024, *pro se* Plaintiff advised Defendants that he wishes to retain counsel to represent him in this Action and requested that he be given 45 days to find an attorney.  Defendants do not oppose Plaintiff's request.

   In light of the foregoing, the Parties respectfully request that all current discovery deadlines be adjourned *sine die* to enable Plaintiff to attempt to find representation.  If the Court grants this request, Plaintiff respectfully requests that he be given 45 days from the date of this letter, i.e., February 23, 2024, to have his new counsel file a Notice of Appearance, or, alternatively, to file a letter apprising this Court of his attempts to find representation moving forward.

   The Parties thank the Court for its consideration of this request.

153602542.1



Hon. Lorna G. Schofield, U.S.D.J.
January 9, 2024
Page 2

                                              Respectfully submitted,

                                              */s/ Timothy A. Gumaer*

                                              Timothy A. Gumaer

cc:    (*via* U.S. Mail and Email)

       *Pro se* Plaintiff Harold Toussaint
       2011 Ocean Avenue, Apt 3M
       Brooklyn, New York 12230