```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAROLD TOUSSAINT,

                Plaintiff,

-against-

JF RESTAURANTS, et al.,

                Defendants.

22-CV-10739 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the close of fact discovery on **April 15, 2024**, and the Pre-Motion Conference scheduled for **May 15, 2024 at 4:00p.m.**, which will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

    All parties must familiarize themselves with the Court's Individual Rules & Practices, in particular the correspondence with the Court required after the close of fact discovery, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

Dated:  March 5, 2024
          New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge